**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Matthew M. Loker, Esq. (SBN: 279939)
ml@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff,*
Jason Hartley

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON HARTLEY, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED<br><br>Plaintiff,<br><br>v.<br><br>ENERGY REMODELING, INC.,<br><br>Defendant. | **Case No.:** 3:18-CV-01013-BEN-KSC<br><br>**PLAINTIFF JASON HARTLEY'S REQUEST FOR VOLUNTARY DISMISSAL OF THE ENTIRE ACTION WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41 (A)**<br><br>**HON. ROGER T. BENITEZ** |

1  Plaintiff JASON HARTLEY ("Plaintiff") hereby moves to dismiss this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a).

Plaintiff respectfully requests the action be dismissed WITHOUT PREJUDICE.

Dated: July 22, 2019                                             Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

By:      /s Matthew M. Loker
             MATTHEW M. LOKER, ESQ.
             ATTORNEY FOR PLAINTIFF

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Kazerouni Law Group, APC, 1303 E Grand Ave Ste 101, Arroyo Grande, CA 93420. On July 22, 2019, I served the within document(s):

**PLAINTIFF'S REQUEST FOR DISMISSAL**

☐ E-MAIL - by transmitting via e-mail the document(s) listed above to the e-mail address(es) set forth below on this date before 11:59 p.m.

☐ MAIL - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Costa Mesa, California addressed as set forth below.

☐ PERSONAL SERVICE - by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ OVERNIGHT COURIER - by placing the document(s) listed above in a sealed envelope with shipping prepaid, and depositing in a collection box for next day delivery to the person(s) at the address(es) set forth below via.

☒ CM/ECF - by transmitting electronically the document(s) listed above to the electronic case filing system on this date before 5:00 p.m. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's CM/ECF system.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on July 22, 2019 at San Luis Obispo California.

MATTHEW M. LOKER

Case No.: 3:18-CV-01013-BEN-KSC                    *Hartley, et al. v. Energy Remodeling, Inc.*
PROOF OF SERVICE